CITY OF BAYONNE, DEFENDANT-RESPONDENT, v. INTER-
NATIONAL NICKEL CO., INC. PLAINTIFF-APPELLANT.

Argued May 19, 1969—Decided June 2, 1969.

*Mr. Prospero DeBona* argued the cause for the appellant
(*Messrs. Milton, Keane & DeBona,* attorneys; *Mr. John B.
Wefing* on the brief).

*Mr. Nicholas A. Panepinto* argued the cause for the re-
spondent, City of Bayonne.

*Mr. Arthur J. Sills,* Attorney General, filed a statement
in lieu of brief for the respondent, Division of Tax Appeals
(*Mr. Charles H. Landesman,* Deputy Attorney General, of
counsel).

PER CURIAM. The judgment is affirmed for the reasons
expressed in the opinion of Judge Conford in the Appellate
Division, 104 *N. J. Super.* 45.

*For affirmance* — Chief Justice WEINTRAUB and Justices
JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-
MAN — 7.

*For reversal* — None.